```
HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
MICHAEL YANNONE IV
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL YANNONE IV,<br><br>Defendant. | Case No. 1:20-mj-00043-SAB<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; AND ORDER**<br><br>Date:   January 21, 2021<br>Time:   10:00 a.m.<br>Judge: Honorable Stanley A. Boone |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing set for Thursday, January 21, 2021, before the Honorable Stanley A. Boone, be continued to Thursday, February 18, 2021, at 10:00 a.m.

The parties have agreed to continue the sentencing hearing at the request of the defendant, who requests additional time to complete mitigation investigation. The parties agree that a sentencing date of February 18, 2021, will allow sufficient time for the ongoing investigation. Accordingly, the parties request a continuance to February 18, 2021.

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 4 | DATED: January 19, 2021 | */s/ Jaya C. Gupta* |
| 5 | | JAYA C. GUPTA<br>Assistant Federal Defender<br>Attorney for Defendant |
| 6 | | MICHAEL YANNNONE IV |
| 8 | | MCGREGOR SCOTT<br>United States Attorney |
| 10 | DATED: January 19, 2021 | */s/ Laura Jean Berger* |
| 11 | | LAURA JEAN BERGER<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the sentencing hearing set for Thursday, January 21, 2021, before the Honorable Stanley A. Boone, be continued to Thursday, February 18, 2021, at 10:00 a.m. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:  **January 20, 2021**

UNITED STATES MAGISTRATE JUDGE