McGREGOR W. SCOTT
United States Attorney
LAURA JEAN BERGER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>MICHAEL YANNONE IV,<br><br>            Defendant. | 1:20-MJ-00043-SAB<br><br>GOVERNMENT'S MOTION TO DISMISS REMAINING CHARGES AND ORDER |

On December 30, 2020, the defendant admitted Charges 1 and 2 of the Superseding Petition alleging violations of probation in the above case. The parties agreed that Charges 3 and 4 would be dismissed at the time of sentencing, which was reflected in the Court's minute order issued on the same date. (Docket No. 19.)

On February 18, 2021, the Court sentenced the defendant on Charges 1 and 2. Accordingly, the United States of America, by and through its undersigned counsel, hereby moves to dismiss Charges 3 and 4.

Dated: February 19, 2021                              McGREGOR W. SCOTT
                                                                              United States Attorney

                                                                      By: /s/ *LAURA JEAN BERGER*
                                                                              LAURA JEAN BERGER
                                                                              Assistant United States Attorney

///

///

**O R D E R**

IT IS SO ORDERED.

Dated:   **February 19, 2021**

UNITED STATES MAGISTRATE JUDGE